**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Walter Ernesto Marroquin-Ruiz, | Case No. 2:26-cv-02018-JAD-NJK |
|     Petitioner | |
| v. | **Order Granting Motion to Dismiss Case as Moot** |
| John Mattos, et al., | |
|     Respondents | [ECF No. 6] |

Petitioner Walter Ernesto Marroquin-Ruiz filed this petition for federal habeas corpus relief from his immigration detention.  Respondents move to dismiss, explaining that Marroquin-Ruiz already filed a habeas petition in this district and that petition was granted on July 7, 2026.[1] Counsel for Marraquin-Ruiz confirms that he was released from custody on July 8, 2026, rendering his claims in this case moot.[2]  Accordingly,

IT IS ORDERED that the respondents' motion to dismiss **[ECF No. 6] is GRANTED. This case is DISMISSED** as moot.  **The Clerk of Court is directed to CLOSE THIS CASE.**

                                  _____

                                    U.S. District Judge Jennifer A. Dorsey
                                                  July 21, 2026

---

[1] ECF No. 6 at 2; *Cruz-Blandon v. Balaam*, Case No. 2:26-cv-01365-RFB-EJY (granting habeas relief for nine petitioners (including Marroquin-Ruiz) and ordering their release).

[2] ECF No. 8 (non-opposition to motion to dismiss).